# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

United States of America
vs.
Cameron M. Woods, Jr.

Case No. 1:24-MJ-00110-SKO-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Cameron M. Woods, Jr.__, have discussed with __Evette Perez__, Pretrial Services Officer, modifications of my release conditions as follows:

1. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer. You must not tamper, obstruct, or attempt to tamper or obstruct the efficiency and accuracy of the drug screening/testing.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    10/1/24         _____    10-1-24
Signature of Defendant     Date             Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

**ARELIS CLEMENTE** Digitally signed by ARELIS CLEMENTE
Date: 2024.10.02 11:13:12 -07'00'
_____                     _____
Signature of Assistant United States Attorney    Date
Arelis Clemente

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     10/2/24
Signature of Defense Counsel                Date
Eric Kersten

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  **Oct 2, 2024**   .
☐ The above modification of conditions of release is *not* ordered.

_Erica P. Grosjean_  **Oct 2, 2024**
Signature of Judicial Officer                                                                                                      Date
cc:     U.S. Attorney's Office, Defense Counsel, Pretrial Services